IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 46

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL RAY MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Detention Hearing (#13) filed by counsel for Defendant. It appears from an examination of the records in this cause that Defendant has previously reserved the right to have a detention hearing and now wishes to have one conducted. As a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Detention Hearing (#13) is hereby **ALLOWED** and a detention hearing is ordered to be scheduled for Defendant.

Signed: July 31, 2015

Dennis L. Howell
United States Magistrate Judge

1