IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL RAY MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Detention Hearing (#24) filed by counsel for Defendant. This motion was allowed and a detention hearing was held concerning the release of Defendant.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Detention Hearing (#24) is hereby **ALLOWED** and after conducting the hearing, the undersigned entered an Order detaining Defendant.

Signed: September 23, 2015

Dennis L. Howell
United States Magistrate Judge

1