# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00046-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **MICHAEL RAY MILLS,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 48] and the Magistrate Judge's Memorandum and Recommendation regarding the disposition of that motion [Doc. 65].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's motion to suppress and to submit recommendations for its disposition.

On July 22, 2016, the Magistrate Judge entered a Memorandum and Recommendation containing proposed findings of fact and conclusions of law in support of a recommendation regarding the Defendant's motion. [Doc. 65]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within

fourteen (14) days of service.  The deadline for filing objections has now passed, and no objections have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendant's motion to suppress be denied.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 65] is **ACCEPTED**, and the Defendant's Motion to Suppress [Doc. 48] is **DENIED**.

**IT IS SO ORDERED**.

Signed: August 9, 2016

Martin Reidinger
United States District Judge